AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Kristian Garrett Ferrera<br><br>*Defendant(s)* | Case No.  18-8374-DLB |

FILED by **SP** D.C.

AUG 2 3 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 22, 2018___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | possession of marijuana with intent to distribute it |
| Title 18, United States Code, Section 924(c) | possession of firearms in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

Please see the accompanying affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Mark B. Finnamore, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8-23-2018

*Judge's signature*

City and state:  West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant, Mark B. Finnamore, first being duly sworn, does hereby depose and state as follows:

Your affiant is currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed in that capacity for approximately eight months. Prior to my employment as a Special Agent with ATF, I attended the Federal Law Enforcement Training Center for the Criminal Investigator Training Program as well as Special Agent Basic Training with ATF, where I received extensive training in arson, explosives, and firearms related investigations. In my capacity as an ATF Special Agent I have received specialized training and experience in the investigation of federal firearms offenses.

The following information is based on information relayed to me by Detective Carlos Valencia of the Palm Beach County Sheriff's Office (PBSO), and other law enforcement sources, with personal knowledge of the events or information described herein, as well as law enforcement and publically available databases. This affidavit is submitted for the limited purpose of establishing probable cause to arrest KRISTIAN GARETT FERRERA for the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Sections 924(c), and Possession with intent to distribute a controlled substance, in violation of, Title 21, United States Code, Sections 841(a)(1). As a consequence, it does not purport to include every detail known to me about the investigation.

On 08/22/2018, PBSO personnel to include Detective Valencia executed a search warrant at 617 S Swinton Ave, Delray Beach, Florida 33444 which is in Palm Beach County in the Southern District of Florida. The state search warrant was obtained during an active investigation by the PBSO narcotics unit into suspected narcotics trafficking involving the United Parcel Service (UPS).

On August 22, 2018 at approximately 7:00am, PBSO narcotics agents responded to a UPS facility located at 1334 NW 3rd Street, Deerfield Beach Florida. Agents made contact with the Security Manager and Broward Sheriff's Office (BSO) narcotics agents who turned over a parcel containing narcotics to the PBSO narcotics agents. A narcotics agent acting in an undercover (UC) capacity made a controlled delivery of the parcel to 617 S Swinton Ave, Delray Beach, Florida 33444. The agent knocked on the front door of the residence, then left the parcel on the ground in front of the front door and left the residence. Agents had previously placed inside the parcel a beacon, that is, a device that would alert agents when the package was opened. Within minutes, the beacon went off and PBSO narcotics agents knocked on the same front door to serve the state search warrant.

An individual in the residence, later identified as defendant Kristian Garett FERRERA, opened the door of the residence. In his right hand, FERRERA was holding the box the UC agent had just delivered to the residence. In his left hand was a bag of suspected marijuana. The narcotics agents asked FERRERA if he had any firearms on him, to which he replied he did. Upon a search of FERRERA's person, agents discovered a loaded Glock 43 9mm pistol bearing serial number BAKL889 in FERRERA's waistband, concealed under his shirt.

Upon execution of the search warrant, agents found what appeared to be over 50 pounds of suspected marijuana and suspected marijuana based products (THC edibles and oils) throughout the residence and the rest of the property, to include a climate controlled separated structure containing a large amount of suspected marijuana, suspected marijuana oil, and suspected marijuana edibles. Agent Valencia advised that the suspected marijuana was field tested and returned a positive result for THC content, which is the active chemical in marijuana.

Agents recovered a small amount of suspected cocaine weighing less than 1 gram and a small amount of marijuana in the master bedroom of the residence. Also found in the master bedroom was a loaded Mossberg 500A 12ga Shotgun placed behind the bedroom door. In the closet of the master bedroom a locked safe was found containing numerous firearms, assorted ammunition, firearm accessories, anabolic steroids, and a large sum of United States currency. Also in the master bedroom, agents found a water pipe, or bong; assorted ammunition; and firearm accessories. Agents recovered narcotics packaging, scales, and other miscellaneous narcotics paraphernalia consistent with narcotics distribution and trafficking throughout the residence outside the master bedroom. Throughout the home, agents found suspected marijuana and assorted ammunition.

In the northern most room of the house, which appeared to be a storage area, agents discovered numerous pounds of raw marijuana, thousands of rounds of ammunition, and a locked safe containing multiple firearms to include a readily accessible semi-automatic pistol with what appeared to be a silencer mounted to the barrel of the firearm. The pistol with the silencer was loaded, with a round in the chamber, and was attached to the door of the safe in a manner that would have made it readily accessible if the door to the safe were open.

FERRERA told agents that he bought the house in 2008. He further told agents that no one lived in the house besides himself.

A query of the National Crime Information Center (NCIC) revealed that FERRERA has no felony criminal history. A query of other trusted law enforcement databases also came back negative for any felony convictions for FERRERA.

Special Agent David Weeks with the Drug Enforcement Administration, who has previously been qualified in federal court to testify regarding narcotics investigations, advised that

the amounts of narcotics found at the residence were consistent with trafficking and distribution levels and not personal use.

WHEREFORE, on the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge Kristian Garett FERRERA with violations of Title 18, United States Code, Section 924(c)(1) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) and Title 21, United States Code, Section 841(a)(1) (Possession with Intent to Distribute a Controlled Substance)

FURTHER YOUR AFFIANT SAITH NAUGHT.

MARK B. FINNAMORE
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
& EXPLOSIVES

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 23 rd. DAY OF AUGUST 2018, AT
WEST PALM BEACH, FLORIDA.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8374-DLB

UNITED STATES OF AMERICA

vs.

KRISTIAN GARETT FERRERA,

Defendant.
_____/

FILED by SR D.C.
AUG 23 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: /s/ Marc Osborne

MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
MOsborne@usa.doj.gov